United States District Court
Southern District of Texas
ENTERED

MAY 2 2 2012

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL A. ALEX | § | |
| VS. | § | CIVIL ACTION NO. 1:10-cv-00304 |
| MANAGEMENT & TRAINING CORPORATION | § | |

### FINAL JUDGMENT

On March 5, 2012, this action came on for trial before the Court and a jury, Honorable Andrew S. Hanen, Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict.

It is Ordered and Adjudged that Plaintiff Michael Alex take nothing, that the action be dismissed on the merits and that Defendant Management & Training Corporation recover from Plaintiff Michael Alex its costs of action.

This judgment is final, disposes of all claims and all parties, and is appealable.

Dated this 22nd day of _____, 2012.

Honorable Andrew S. Hanen,
U.S. District Judge

Copies to:

Valorie C. Glass, Rex N. Leach, Atlas & Hall, L.L.P., P.O. Box 3725, McAllen, Texas 78502

Keith N. Uhles, Mauricio Chavez, ROYSTON, RAZOR, VICKERY & WILLIAMS, L.L.P., 55 Cove Circle, Brownsville, Texas 78521

Will W. Pierson, ROYSTON, RAZOR, VICKERY & WILLIAMS, L.L.P., 8200 I.H. 10 West, Suite 610, San Antonio, Texas 78230